STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. CHARLES BAKER, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

See same case below: 90 *N. J. Super.* 488.

*Mr. Brendan T. Byrne* and *Mr. Martin G. Holleran* for the petitioner.

*Mr. Sidney J. Bernstein* for the respondent.

July 1, 1966. Granted.

BARBARA MARILYN MILLER, *ETC.*, *ET AL.*, PLAINTIFFS-PETITIONERS, v. MARTHA CONSTRUCTION COMPANY, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

*Mr. Nicholas Martini* and *Mr. Sam Weiss* for the petitioners.

*Mr. Anthony R. Amabile* for the respondents.

July 1, 1966. Granted.

FRIEDA FREPPON, PLAINTIFF-PETITIONER, v. REBECCA HITTNER, DEFENDANT-RESPONDENT.

On petition for certification to Appellate Division, Superior Court.

See same case below: 91 *N. J. Super.* 9.

*Messrs. Chazin & Chazin* and *Mr. Solomon Lubow* for the petitioner.

*Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. Thomas T. Chappell* for the respondent.

July 1, 1966. Denied.